UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| NATHAN J. MUELLER, | Case No. 1:11-cv-00057-CWD |
|---|---|
| Plaintiff, | |
| v. | **JUDGMENT** |
| CORRECTIONS CORPORATION OF AMERICA, Inc., a foreign corporation; CCA WESTERN PROPERTIES, INC., an Idaho corporation; PHILIP VALDEZ, individually and in his official capacity; JOHN and JANE DOES 1-8, in their individual and official capacities, | |
| Defendants. | |

Based on the Court's Memorandum Decision and Order, filed herewith, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this cause of action is DISMISSED without prejudice.

DATED: March 9, 2012

Honorable Candy W. Dale
United States Magistrate Judge

JUDGMENT - 1